UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-3908-MWF(JEMx)**                           Dated: **June 27, 2017**

Title:    Daniel Keizer -v- Jaguar Land Rover North America, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                      None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed June 23, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 24, 2017, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                 Initials of Deputy Clerk   cw
CIVIL - GEN

-1-